# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129165 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                          SC: 129165
                                          COA: 256603
                                          Genesee CC: 73-924938-FH

N. KALONJI OWUSU I, f/k/a
NATHANIEL PORTER,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for consideration of additional issue is DENIED. The application for leave to appeal the December 16, 2004 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

d1219